IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZHAIRE N. DEKEYSER,** | : | CIVIL ACTION NO. 1:22-CV-587 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT ESTOCK,** *et al.*, | : | |
| Respondents | : | |

### ORDER

AND NOW, this 30th day of June, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITH PREJUDICE as untimely.

2. Petitioner's motion (Doc. 2) to file a supplemental memorandum of law in support of his petition is DENIED AS MOOT.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania